UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re | No. 14-10739 |
| RE-CYCLE, L.L.C., | Section " A " |
| Debtor | Chapter 11 |

## LIST OF TWENTY LARGEST UNSECURED CREDITORS

NOW COMES Re-Cycles, L.L.C. debtor-in-possession, who files the following list of twenty largest unsecured creditors as identified in the documents previously filed in this proceeding.

| **CREDITORS'<br>NAME & ADDRESS** | **AMOUNT<br>OF CLAIM** |
|---|---|
| Dave Pfefferman<br>Box 313<br>Chalmette, LA  70044 | 1,200.00 |
| Rock Monsters of Texas<br>3720 Gattis School Road<br>Suite 800-238<br>Round Rock, TX  78664 | 10,000.00 |
| Wes Pet<br>2320 N. Causeway Blvd.<br>Metairie, LA  70001 | 7,500.00 |

NOTE: The foregoing list, while it is less than twenty, consists of all unsecured creditors listed in this proceeding.

Dated:  April 7, 2014                                                                          RE-CYCLE, L.L.C.

By: /s/ William T. Tagg
      WILLIAM T. TAGG
      Manager