# AFFIDAVIT

STATE OF ~~LOUISIANA~~ Massachusetts

PARISH/COUNTY OF Essex

**BEFORE ME,** the undersigned Notary Public, personally came and appeared:

**WILLIAM B. BEARD**

who after being first being duly sworn, did depose and say:

That I, William B. Beard, received notice on September 19, 2013, per the lease agreement, of the lessor's decision not to renew the lease between JARAJA, LLC and Re-Cycle, LLC, signed by William B. Beard, Michael Commiskey, and Craig Condon.

That affiant signed the bottom of the notice not to renew on September 19, 2013;

_____
WILLIAM B. BEARD

SWORN TO AND SUBSCRIBED BEFORE

ME THIS 21 DAY OF April, 2014.

_Lindsay Nagle_ NOTARY
NOTARY NUMBER _____
My Commission expires: Jan 23, 2020

LINDSAY J. NAGLE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
January 23, 2020