UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:                                                                                              CASE NO.

**RE-CYCLE, L.L.C.**                                                        **14-10739**
                                                                                                    SECTION A

DEBTOR                                                                                     CHAPTER 11

## ORDER FOLLOWING HEARING

On May 16, 2014, the Motion to Assume or Reject filed by the debtor (P-6) came before the Court. Appearances were made by:

    Thomas Schafer, counsel for the debtor;
    Claude Lightfoot, counsel for Jaraja, L.L.C.;
    William Tagg, witness.

The following exhibits were admitted into evidence:

Exh. 1 - minutes of 11/24/13 meeting of the members of the debtor;
Exh. 2 - Secretary of State records of the debtor;
Exh. 3 - Notice to Vacate;
Exh. 4 - Lease;
Exh. 5 - Notice of Non-renewal;
Exh. 6 - Declaration of Insurance.

**IT IS ORDERED** that the hearing on the Motion to Assume or Reject is **CONTINUED to May 27, 2014, at 9:00 a.m.** in Room B709, 500 Poydras Street, New Orleans, Louisiana.

New Orleans, Louisiana, May 16, 2014.

                                                           Hon. Elizabeth W. Magner
                                                           U.S. Bankruptcy Judge