UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re | No. 14-10739 |
| RE-CYCLE, L.L.C., | Section " A " |
| Debtor | Chapter 11 |

## DECLARATION

I, the Member Manager of the above-named debtor in this case, declare under penalty of perjury that I have read the foregoing Amended Schedules B, F and G, and the Amended Statement of Financial Affairs and that they are true and correct to the best of my knowledge, information and belief.

Date: May 22, 2014

/s/ William Tagg
WILLIAM T. TAGG
Member-Manager