UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE | No.: 14-10739 |
| RE-CYCLE, L.L.C., | Section "A" |
| Debtor | Chapter 11 |

### INTERIM ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT

Upon the application of the above-named debtor, praying for approval of its employment of Daniel A. Johnson, CPA and Dan Johnson CPA, L.L.C. as accountant for the debtor-in-possession herein, (P-44), to which the affidavit of said Daniel A. Johnson is attached, and it appearing that Daniel A. Johnson, CPA and Dan Johnson, CPA, L.L.C. represent no interest adverse to the said debtor as debtor-in-possession herein, or to its estate, in the matters upon which they are to be engaged, their employment is necessary and would be to the best interest of the estate;

**IT IS ORDERED** that the employment of Daniel A. Johnson, CPA and Dan Johnson, CPA, L.L.C. by Re-Cycle, L.L.C., as debtor-in-possession, as accountants in this case under Chapter 11 of the Bankruptcy Code be, and the same hereby is, approved on an interim basis;

**IT IS FURTHER ORDERED** that a final hearing on the Application will be held on Tuesday, June 24, 2014 at 2:00 p.m., in the U.S. Bankruptcy Court, Eastern District of Louisiana, in Room B-709, Hale Boggs Federal Building, 500 Poydras Street, New Orleans, Louisiana;

**IT IS FURTHER ORDERED** that any written objection to the application be filed within seven (7) days of the hearing date; and

**IT IS FURTHER ORDERED** that movant shall serve a copy of this Order on the required parties who will not receive notice through the ECF System pursuant to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules and file a certificate of service to that effect within three (3) days.

New Orleans, Louisiana, May 27, 2014.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge